# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 04-18904 SQU |
| COPPERFIELD CONSTRUCTION COMPANY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    .  The undersigned trustee was appointed on             .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor

    Leaving a balance on hand of                          $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

6.  The deadline for filing claims in this case was                   . All claims of each class
which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $          , for a total compensation of $          .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $          , for total expenses of $          .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

Case 04-18904 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Doc 27 Filed 09/04/09 Entered 09/14/08 16:03:15 Desc Main ASSET CASES Document Page 3 of 12

Page: 1

| Case No: | 04-18904 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL | Exhibit A |
|---|---|---|---|---|---|---|
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | | Date Filed (f) or Converted (c): | 05/13/04 (f) | |
| | | | | 341(a) Meeting Date: | 07/13/04 | |
| For Period Ending: | 09/14/09 | | | Claims Bar Date: | 03/02/05 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. accounts receivable | 15,927.00 | 0.00 | | 7,482.20 | FA |
| 2. Vehicles | 3,250.00 | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 4. MACHINERY | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Inventory | 250.00 | 0.00 | | 0.00 | FA |
| 6. Fraudulent Conveyance (u) | 0.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 127.83 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $20,427.00 | $0.00 | | $7,610.03 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file tax return, review claims and file final report

Initial Projected Date of Final Report (TFR): 12/31/05      Current Projected Date of Final Report (TFR): 03/31/09

_____ Date: _____

GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 04-18904 -SQU | |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | |
| | | |
| Taxpayer ID No: | *******9345 | |
| For Period Ending: | 09/14/09 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2667 BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/01/04 | 1 | Elizabeth Serna<br>804 Thornapple Dr.<br>Naperville, IL  60540 | A/R<br>Account Receivable due Debtor | 1121-000 | 2,000.00 | | 2,000.00 |
| C  12/01/04 | 1 | Pella Windows<br>112 Alexandra Way<br>Carol Stream, IL  60188 | A/R<br>Account Receivable due Debtor | 1121-000 | 3,757.20 | | 5,757.20 |
| C  12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.41 | | 5,757.61 |
| C  01/13/05 | 1 | Paul & Weny Haidinyak<br>846 Raintree Drive<br>Naperville, IL  60540 | | 1121-000 | 1,725.00 | | 7,482.61 |
| C  01/13/05 | 000301 | Century Drywall<br>357 Highknob Rd.<br>Bolingbrook, IL  60440 | Lien Payoff<br>Pursuant to agreed negotiation | 4120-000 | | 700.00 | 6,782.61 |
| C  01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.53 | | 6,783.14 |
| C  02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.30 | | 6,784.44 |
| C  03/01/05 | 000302 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA  70112 | BOND<br>BOND | 2300-000 | | 4.66 | 6,779.78 |
| C  03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.44 | | 6,781.22 |
| C  04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.39 | | 6,782.61 |
| C  05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.45 | | 6,784.06 |
| C  06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.39 | | 6,785.45 |

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

| | |
|---|---|
| Case No: | 04-18904 -SQU |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY |
| | |
| Taxpayer ID No: | *******9345 |
| For Period Ending: | 09/14/09 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2667  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit B**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.44 | | 6,786.89 |
| C | 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.46 | | 6,790.35 |
| C | 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.35 | | 6,793.70 |
| C | 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.46 | | 6,797.16 |
| C | 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.35 | | 6,800.51 |
| C | 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.46 | | 6,803.97 |
| C | 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.47 | | 6,807.44 |
| C | 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.85 | | 6,812.29 |
| C | 03/01/06 | 000303 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 3.55 | 6,808.74 |
| C | 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.78 | | 6,814.52 |
| C | 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.60 | | 6,820.12 |
| C | 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.80 | | 6,825.92 |
| C | 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.61 | | 6,831.53 |
| C | 07/17/06 | 000304 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 2,061.40 | 4,770.13 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-18904 -SQU | | | Trustee Name: | GINA B. KROL | | Exhibit B |
|---|---|---|---|---|---|---|---|
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | | | | Account Number / CD #: | *******2667  BofA - Money Market Account | | |
| Taxpayer ID No: | *******9345 | | | | | | |
| For Period Ending: | 09/14/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 07/17/06 | 000305 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 20.60 | 4,749.53 |
| C | 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.17 | | 4,754.70 |
| C | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.04 | | 4,758.74 |
| C | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.91 | | 4,762.65 |
| C | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.05 | | 4,766.70 |
| C | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.92 | | 4,770.62 |
| C | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.05 | | 4,774.67 |
| C | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.06 | | 4,778.73 |
| C | 02/15/07 | 000306 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 3.69 | 4,775.04 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.66 | | 4,778.70 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.06 | | 4,782.76 |
| C | 04/10/07 | 000307 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 933.00 | 3,849.76 |
| C | 04/10/07 | 000308 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 10.05 | 3,839.71 |

LFORM2T4

Ver: 14.31c

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          04-18904 -SQU
Case Name:     COPPERFIELD CONSTRUCTION COMPANY

Taxpayer ID No:   *******9345
For Period Ending:  09/14/09

Trustee Name:          GINA B. KROL
Bank Name:             BANK OF AMERICA, N.A.
Account Number / CD #:   *******2667  BofA - Money Market Account

**Exhibit B**

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | 6 Deposits ($) | 7 Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.54 | | 3,843.25 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.26 | | 3,846.51 |
| C | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.16 | | 3,849.67 |
| C | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.27 | | 3,852.94 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.27 | | 3,856.21 |
| C | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 2.45 | | 3,858.66 |
| C | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 2.47 | | 3,861.13 |
| C | 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.06 | | 3,863.19 |
| C | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.85 | | 3,865.04 |
| C | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.53 | | 3,866.57 |
| C | 02/11/08 | 000309 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA  70139 | | 2300-000 | | 3.64 | 3,862.93 |
| C | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.92 | | 3,863.85 |
| C | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.91 | | 3,864.76 |
| C | 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.79 | | 3,865.55 |
| C | 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.49 | | 3,866.04 |

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-18904 -SQU | | Trustee Name: | GINA B. KROL | **Exhibit B** |
|---|---|---|---|---|---|
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******2667  BofA - Money Market Account | |
| Taxpayer ID No: | *******9345 | | | | |
| For Period Ending: | 09/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.48 | | 3,866.52 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 3,867.01 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.49 | | 3,867.50 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.48 | | 3,867.98 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 3,868.36 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.32 | | 3,868.68 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 3,868.88 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,868.91 |
| C  02/17/09 | 000310 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 3.01 | 3,865.90 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,865.93 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,865.96 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,866.04 |
| C  05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,866.13 |
| C  06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,866.23 |
| C  07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,866.33 |
| C  08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,866.43 |

LFORM2T4

Ver: 14.31c

FORM 2
Page: 6

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-18904 -SQU |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY |
| | |
| Taxpayer ID No: | *******9345 |
| For Period Ending: | 09/14/09 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2667  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit B**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | |

* Reversed
t Funds Transfer
C Bank Cleared

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******2667 | | Balance Forward | 0.00 | | | |
| | | 3 | Deposits | 7,482.20 | 10 | Checks | 3,743.60 |
| | | 57 | Interest Postings | 127.83 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 7,610.03 | | | |
| | | | | | | Total | $ 3,743.60 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 7,610.03 | | | |

Trustee's Signature: ___/s/___ GINA B. KROL_____ Date: 09/14/09
GINA B. KROL

UST Form 101-7-TFR (4/1/2009) *(Page: 9)*

LFORM2T4

Ver: 14.31c

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-18904 SQU
Case Name: COPPERFIELD CONSTRUCTION COMPANY
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | *Illinois Department of Employment Security* | $ | $ |
| _____ | *Department of the Treasury* | $ | $ |
| _____ | *Illinois Department of Revenue* | $ | $ |
| _____ | *Mr. and Mrs. T. Etzkorn* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *EMC Insurance* | $ | $ |
| *000002* | *Conley Steel* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *Mondek Floors* | $ | $ |
| *000004* | *Pella Windows* | $ | $ |
| *000005* | *Batavia Can* | $ | $ |
| *000006* | *FE Wheaton* | $ | $ |
| *000007* | *Mr. and Mrs. T. Etzkorn* | $ | $ |
| *000008* | *Century Drywall* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000009* | *Illinois Department of Employment Security* | $ | $ |
| *000010* | *Department of the Treasury* | $ | $ |
| *000011* | *Illinois Department of Revenue* | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ .