UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 04-18904 SQU
COPPERFIELD CONSTRUCTION §
COMPANY
 §
       Debtors §
 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,610.03 |
| *and approved disbursements of* | $ | 3,743.60 |
| *leaving a balance of* | $ | 3,866.43 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $ 1,510.00 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 136,628.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *Illinois Department of Employment Security* | $ 2,739.64 | $ 2.68 |
| | *Department of the Treasury* | $ 122,182.88 | $ 119.48 |
| | *Illinois Department of Revenue* | $ 9,480.75 | $ 9.27 |
| | *Mr. and Mrs. T. Etzkorn* | $ 2,225.00 | $ 2,225.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,690.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-NFR (4/1/2009) *(Page: 2)*

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | EMC Insurance | $11,750.87 | $0.00 |
| 000002 | Conley Steel | $1,872.75 | $0.00 |
| 000003 | Mondek Floors | $2,300.00 | $0.00 |
| 000004 | Pella Windows | $6,893.10 | $0.00 |
| 000005 | Batavia Can | $514.10 | $0.00 |
| 000006 | FE Wheaton | $7,959.42 | $0.00 |
| 000007 | Mr. and Mrs. T. Etzkorn | $20,725.00 | $0.00 |
| 000008 | Century Drywall | $9,675.00 | $0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000009 | Illinois Department of Employment Security | $110.00 | $0.00 |
| 000010 | Department of the Treasury | $67,639.96 | $0.00 |
| 000011 | Illinois Department of Revenue | $1,916.50 | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT

KENNETH S. GARDNER

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/16/2009 in Courtroom 4016 ,

United States Courthouse

505 N. County Farm Rd.

Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 09/14/2009          By: /s/GINA B. KROL
                                                Trustee

*GINA B. KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 1                   Date Rcvd: Sep 15, 2009
Case: 04-18904                Form ID: pdf006            Total Noticed: 33

The following entities were noticed by first class mail on Sep 17, 2009.
 db          +Copperfield Construction Company,    4734 Dumoulin Avenue,    Lisle, IL 60532-1730
 aty         +David L DePew,   Law Office of David L. DePew, II,    1007 Curtiss Street,   Suite 3,
               Downers Grove, IL 60515-4683
 aty         +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
 tr          +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
 8089933     +American National Insulation,     22466 Miller Road,   Steger, IL 60475-5560
 8089934      Batavia Can,   P.O. Box 1593,    Aurora, IL 60507-1593
 8089935     +Bill Shimanek,    1709 Hawkins,    Downers Grove, IL 60516-3731
 8089936     +Century Drywall,    357 Highknob Road,    Bolingbrook, IL 60440-3270
 8089937      Conley Steel,    3 South 710 Mignin Drive,    Warrenville, IL 60555
 8089944      Department of the Treasury,    Internal Revenue Service,    230 S Dearborn,   Stop 5016-CHI,
               Chicago, Il 60604
 8089938      E & J Disposal,    290 South Main Place Suite 120,    Carol Stream, IL 60188-2476
 8089939     +EMC Insurance,    c/o Brennan & Clark, Ltd.,    721 East Madison Street, Suite 200,
               Villa Park, IL 60181-3082
 8089940     +FE Wheaton,    204 West Wheaton Avenue,    Yorkville, IL 60560-4545
 8089941     +G & G Roofing,    920 Ridge Unit C-1,    Lombard, IL 60148-1226
 8089942      Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029
 8089943     +Honey Bucket,    P.O. Box 491,    Elmhurst, IL 60126-0491
 10631773    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 W. Randolph St., Suite 7-400,    Chicago, IL 60601)
 8089945     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
 9117733     +Illinois Department of Employment Security,    33 South State Street,    Chicago IL 60603-2808
 8089946     +Lawrence Electric,    615 Charlotte,    Oswego, IL 60543-8491
 8089947     +Mondek Floors,    2151 W. 63rd Street,    Downers Grove, IL 60516-2313
 8089948     +Mr. and Mrs. Gary Hoyd,    9301 Jefferson,   Brookfield, IL 60513-1209
 8089949      Mr. and Mrs. J. Gugliemo,    6 South 641 Avon Court,    Naperville, IL
 8089950      Mr. and Mrs. T. Etzkorn,    5345 Candlewood Court,    Lisle, IL 60532
 8089951     +Nextell,   P.O. Box 4191,    Carol Stream, IL 60197-4191
 8089952     +Pella Windows,    112 Alexandra Way,    Carol Stream, IL 60188-2068
 8833421     +Pella Windows,    c/o  Nigro & Westfall PC,   1793 Bloomingdale Rd,
               Glendalel Heights IL 60139-3800
 8089931      Peters General Builders,    23 West 600 Woodward,    Roselle, IL  60172
 8089953     +Pollack Glass,    124 North Cass Avenue,    Westmont, IL 60559-1604
 8089954     +Reece Electric,    124 Byrd Court,    Clarendon Hills, IL 60514-1403
 8089955      SBC,   Bill Payment Center,    Chicago, IL  60663-0001
 8089956     +Susan Beatty,    Robert Schumacher,    4734 Dumoulin Avenue,    Lisle, IL 60532-1730

The following entities were noticed by electronic transmission on Sep 15, 2009.
 8089932     +E-mail/PDF: CBP@AGFINANCE.COM Sep 16 2009 04:39:29       American General,   430 75th Street,
               Downers Grove, IL 60516-4454
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2009**                    **Signature:**   _Joseph Speetjens_