# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COPPERFIELD CONSTRUCTION COMPANY | § | Case No. 04-18904 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 500.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,053.89 | Claims Discharged Without Payment: 634,350.40 |
| Total Expenses of Administration: 4,553.60 | |

3) Total gross receipts of $ 7,610.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2.68  (see **Exhibit 2**), yielded net receipts of $ 7,607.49  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 5,000.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,553.60 | 4,553.60 | 4,553.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 201,999.00 | 136,628.27 | 136,628.27 | 2,356.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 166,723.00 | 131,356.70 | 131,356.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 373,722.00 | $ 273,238.57 | $ 273,238.57 | $ 7,610.17 |

4) This case was originally filed under chapter 7 on 05/13/2004 . The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2010            By:/s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| accounts receivable | 1121-000 | 7,482.20 |
| Post-Petition Interest Deposits | 1270-000 | 127.97 |
| **TOTAL GROSS RECEIPTS** | | **$7,610.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| United States Bankruptcy Court | Non-Estate Funds Paid to Third Parties | 8500-000 | 2.68 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2.68** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American General 430 75th Street Downers Grove, IL 60576-4454 | | 5,000.00 | NA | NA | 0.00 |
| CENTURY DRYWALL | 4120-000 | NA | 700.00 | 700.00 | 700.00 |
| **TOTAL SECURED CLAIMS** | | **$ 5,000.00** | **$ 700.00** | **$ 700.00** | **$ 700.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,510.00 | 1,510.00 | 1,510.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 4.66 | 4.66 | 4.66 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 3.55 | 3.55 | 3.55 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 3.01 | 3.01 | 3.01 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 3.69 | 3.69 | 3.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 3.64 | 3.64 | 3.64 |
| ALAN D. LASKO | 3410-000 | NA | 2,061.40 | 2,061.40 | 2,061.40 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 933.00 | 933.00 | 933.00 |
| ALAN D. LASKO | 3420-000 | NA | 20.60 | 20.60 | 20.60 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 10.05 | 10.05 | 10.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,553.60 | $ 4,553.60 | $ 4,553.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service PO Box 745 District Director Chicago, IL 80690 | | 187,099.00 | NA | NA | 0.00 |
| illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60506 | | 14,900.00 | NA | NA | 0.00 |
| MR. AND MRS. T. ETZKORN | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| DEPARTMENT OF THE TREASURY | 5800-000 | NA | 122,182.88 | 122,182.88 | 119.61 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 2,739.64 | 2,739.64 | 2.68 |
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 9,480.75 | 9,480.75 | 9.28 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 201,999.00 | $ 136,628.27 | $ 136,628.27 | $ 2,356.57 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American National Insulation 22466 Miller Road Steger, IL 60475 | | 2,013.00 | NA | NA | 0.00 |
| Batavia Can PO Box 1593 Aurora, IL 60507-1593 | | 514.00 | NA | NA | 0.00 |
| Bill Shimanek 1709 Hawkins Downers Grove, IL 60515 | | 3,500.00 | NA | NA | 0.00 |
| Century Drywall 357 Highknob Road Bollingbrook, IL 60440 | | 8,515.00 | NA | NA | 0.00 |
| Conley Steel 3 South T10 Mignin Drive Warrenville, IL 60555 | | 1,819.00 | NA | NA | 0.00 |
| E & J Disposal 290 South Main Place Suite 120 Carol Stream, IL 60188-2476 | | 84.00 | NA | NA | 0.00 |
| EMC Insurance c/o Brennan & Clark, Ltd 721 East Madison Street, Suite 200 Villa Park, IL 60181 | | 10,800.00 | NA | NA | 0.00 |
| FE Wheaton 204 West Wheaton Avenue Yorkville, IL 60560 | | 7,519.00 | NA | NA | 0.00 |
| G & G Roofing 920 Ridge Unit C-1 Lombard, IL 60148 | | 1,100.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Home Depot PO Box 6029 The Lakes, NV 88901-6029 | | 1,250.00 | NA | NA | 0.00 |
| Honey Bucket PO Box 491 Elmhurst, IL 60126 | | 284.00 | NA | NA | 0.00 |
| Lawrence Electric 615 Charlotte Oswego, IL 60543 | | 750.00 | NA | NA | 0.00 |
| Mondek Floors 2151 W. 63rd Street Downers Grove, IL 60516 | | 1,500.00 | NA | NA | 0.00 |
| Mr. and Mrs. Gary Hoyd 9301 Jefferson Brookfield, IL | | 250.00 | NA | NA | 0.00 |
| Mr. and Mrs. J. Gugliemo 6 South 641 Avon Court Naperville, IL | | 8,000.00 | NA | NA | 0.00 |
| Mr. and Mrs. T. Etzkom 5345 Candlewood Court Lisle, IL 60532 | | 19,000.00 | NA | NA | 0.00 |
| Nextell PO Box 4191 Carol Stream, IL 60197 | | 454.00 | NA | NA | 0.00 |
| Pella Windows 112 Alexandra Way Carol Stream, IL 60189 | | 4,967.00 | NA | NA | 0.00 |
| Peters General Builders 23 West 600 Woodward Roselle, IL 60172 | | 17,850.00 | NA | NA | 0.00 |
| Potlack Glass 124 North Cass Avenue Westmont, IL 60559 | | 750.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Reece Electric 124 Byrd Court Clarendon Hills, IL 60514 | | 930.00 | NA | NA | 0.00 |
| SBC Bill Payment Center Chicago, IL 60663-0001 | | 274.00 | NA | NA | 0.00 |
| Susan Beatty Robert Schumacher 4734 Dumoulin Avenue Lisle, IL 60532 | | 74,600.00 | NA | NA | 0.00 |
| BATAVIA CAN | 7100-000 | NA | 514.10 | 514.10 | 0.00 |
| CENTURY DRYWALL | 7100-000 | NA | 9,675.00 | 9,675.00 | 0.00 |
| CONLEY STEEL | 7100-000 | NA | 1,872.75 | 1,872.75 | 0.00 |
| EMC INSURANCE | 7100-000 | NA | 11,750.87 | 11,750.87 | 0.00 |
| FE WHEATON | 7100-000 | NA | 7,959.42 | 7,959.42 | 0.00 |
| MONDEK FLOORS | 7100-000 | NA | 2,300.00 | 2,300.00 | 0.00 |
| MR. AND MRS. T. ETZKORN | 7100-000 | NA | 20,725.00 | 20,725.00 | 0.00 |
| PELLA WINDOWS | 7100-000 | NA | 6,893.10 | 6,893.10 | 0.00 |
| DEPARTMENT OF THE TREASURY | 7200-000 | NA | 67,639.96 | 67,639.96 | 0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7200-000 | NA | 110.00 | 110.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 1,916.50 | 1,916.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 166,723.00 | $ 131,356.70 | $ 131,356.70 | $ 0.00 |

Page: 1

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    04-18904    SQU    Judge: JOHN H. SQUIRES    Trustee Name:    GINA B. KROL
Case Name:    COPPERFIELD CONSTRUCTION COMPANY    Date Filed (f) or Converted (c):    05/13/04 (f)
                                                    341(a) Meeting Date:    07/13/04
For Period Ending: 04/13/10                          Claims Bar Date:    03/02/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. accounts receivable | 15,927.00 | 0.00 | | 7,482.20 | FA |
| 2. Vehicles | 3,250.00 | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 4. MACHINERY | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Inventory | 250.00 | 0.00 | | 0.00 | FA |
| 6. Fraudulent Conveyance (u) | 0.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 127.97 | Unknown |

TOTALS (Excluding Unknown Values)    $20,427.00    $0.00         $7,610.17    $0.00

                                                                Gross Value of Remaining Assets
                                                                (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file tax return, review claims and file final report

Initial Projected Date of Final Report (TFR): 12/31/05    Current Projected Date of Final Report (TFR): 03/31/09

                            Date: _____

GINA B. KROL

LFORM1    **UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*    Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1   Exhibit 9

| Case No: | 04-18904 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2667  BofA - Money Market Account |
| Taxpayer ID No: | *******9345 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/01/04 | 1 | Elizabeth Serna<br>804 Thornapple Dr.<br>Naperville, IL  60540 | A/R<br>Account Receivable due Debtor | 1121-000 | 2,000.00 | | 2,000.00 |
| C  12/01/04 | 1 | Pella Windows<br>112 Alexandra Way<br>Carol Stream, IL  60188 | A/R<br>Account Receivable due Debtor | 1121-000 | 3,757.20 | | 5,757.20 |
| C  12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.41 | | 5,757.61 |
| C  01/13/05 | 1 | Paul & Weny Haidinyak<br>846 Raintree Drive<br>Naperville, IL  60540 | | 1121-000 | 1,725.00 | | 7,482.61 |
| C  01/13/05 | 000301 | Century Drywall<br>357 Highknob Rd.<br>Bolingbrook, IL  60440 | Lien Payoff<br>Pursuant to agreed negotiation | 4120-000 | | 700.00 | 6,782.61 |
| C  01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.53 | | 6,783.14 |
| C  02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.30 | | 6,784.44 |
| C  03/01/05 | 000302 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA  70112 | BOND<br>BOND | 2300-000 | | 4.66 | 6,779.78 |
| C  03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.44 | | 6,781.22 |
| C  04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.39 | | 6,782.61 |
| C  05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.45 | | 6,784.06 |
| C  06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.39 | | 6,785.45 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

LFORM2T4                                                                                                                                                       Ver: 15.08

Page: 2

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  04-18904 -SQU
Case Name:  COPPERFIELD CONSTRUCTION COMPANY
Taxpayer ID No:  \*\*\*\*\*\*\*9345
For Period Ending:  04/13/10

Trustee Name:  GINA B. KROL
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  \*\*\*\*\*\*\*2667  BofA - Money Market Account
Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.44 | | 6,786.89 |
| C  08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.46 | | 6,790.35 |
| C  09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.35 | | 6,793.70 |
| C  10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.46 | | 6,797.16 |
| C  11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.35 | | 6,800.51 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.46 | | 6,803.97 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.47 | | 6,807.44 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.85 | | 6,812.29 |
| C  03/01/06 | 000303 | International Sureties Suite 500 203 Carondelet Street New Orleans, LA  70130 | BOND BOND | 2300-000 | | 3.55 | 6,808.74 |
| C  03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.78 | | 6,814.52 |
| C  04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.60 | | 6,820.12 |
| C  05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.80 | | 6,825.92 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.61 | | 6,831.53 |
| C  07/17/06 | 000304 | Alan D. Lasko 29 S. LaSalle St., Ste. 434 Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 2,061.40 | 4,770.13 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

LFORM2T4                                                                                                   Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3   Exhibit 9

| Case No: | 04-18904 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******2667  BofA - Money Market Account |
| Taxpayer ID No: | ******9345 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/13/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  07/17/06 | 000305 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 20.60 | 4,749.53 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.17 | | 4,754.70 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.04 | | 4,758.74 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.91 | | 4,762.65 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.05 | | 4,766.70 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.92 | | 4,770.62 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.05 | | 4,774.67 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.06 | | 4,778.73 |
| C  02/15/07 | 000306 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 3.69 | 4,775.04 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.66 | | 4,778.70 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.06 | | 4,782.76 |
| C  04/10/07 | 000307 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 933.00 | 3,849.76 |
| C  04/10/07 | 000308 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 10.05 | 3,839.71 |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

LFORM2T4    Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4 Exhibit 9

| Case No: | 04-18904 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******2667 BofA - Money Market Account |
| Taxpayer ID No: | ******9345 | | |
| For Period Ending: | 04/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.54 | | 3,843.25 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.26 | | 3,846.51 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.16 | | 3,849.67 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.27 | | 3,852.94 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.27 | | 3,856.21 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.45 | | 3,858.66 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.47 | | 3,861.13 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.06 | | 3,863.19 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.85 | | 3,865.04 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.53 | | 3,866.57 |
| C 02/11/08 | 000309 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 3.64 | 3,862.93 |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.92 | | 3,863.85 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.91 | | 3,864.76 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.79 | | 3,865.55 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.49 | | 3,866.04 |

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

LFORM2T4 Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5    Exhibit 9

| Case No.: | 04-18904 -SQU |
|---|---|
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY |
| Taxpayer ID No: | *******9345 |
| For Period Ending: | 04/13/10 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2667 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.48 | | 3,866.52 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 3,867.01 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.49 | | 3,867.50 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.48 | | 3,867.98 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 3,868.36 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.32 | | 3,868.68 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 3,868.88 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,868.91 |
| C  02/17/09 | 000310 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 3.01 | 3,865.90 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,865.93 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,865.96 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,866.04 |
| C  05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,866.13 |
| C  06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,866.23 |
| C  07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,866.33 |
| C  08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,866.43 |

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

LFORM2T4    Ver: 15.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-18904 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2667  BofA - Money Market Account |
| Taxpayer ID No: | *******9345 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/13/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,866.53 |
| C  10/15/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 3,866.57 |
| C t 10/15/09 | | Transfer to Acct #*******9970 | Final Posting Transfer | 9999-000 | | 3,866.57 | 0.00 |

```
                                Account *******2667          Balance Forward            0.00
                                                         3  Deposits              7,482.20                  10  Checks                   3,743.60
                                                        59  Interest Postings       127.97                   0  Adjustments Out              0.00
                                                                                 _____                   1  Transfers Out            3,866.57
                                                            Subtotal          $  7,610.17                                                _____
                                                         0  Adjustments In          0.00                        Total               $   7,610.17
                                                         0  Transfers In            0.00
                                                                                 _____
                                                            Total             $  7,610.17
```

\* Reversed
t Funds Transfer
C Bank Cleared

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 04-18904 -SQU | | Trustee Name: | GINA B. KROL | |
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | ******9970 BofA - Checking Account | |
| Taxpayer ID No: | ******9345 | | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 10/15/09 | | Transfer from Acct #*******2667 | Transfer In From MMA Account | 9999-000 | 3,866.57 | | 3,866.57 |
| C 10/20/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,510.00 | 2,356.57 |
| C 10/20/09 | 003002 | Mr. and Mrs. T. Etzkorn<br>5345 Candlewood Court<br>Lisle, IL 60532 | Deposits - 507(a)(6) | 5600-000 | | 2,225.00 | 131.57 |
| C 10/20/09 | 003003 | Department of the Treasury<br>Internal Revenue Service<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago, Il 60604 | Claims of Governmental Units - 507( | 5800-000 | | 119.61 | 11.96 |
| C 10/20/09 | 003004 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601 | (11-1) Withholding Income Tax & NSF Check Fee | 5800-000 | | 9.28 | 2.68 |
| C 10/20/09 | 003005 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL 60187-0000 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM # CLAIM # DIVIDEND<br>------- ---------- -----------<br>12 2.68 | | | 2.68 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 17)*

LFORM2T4  Ver: 15.08

Page: 8

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-18904 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | COPPERFIELD CONSTRUCTION COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9970 BofA - Checking Account |
| Taxpayer ID No: | *******9345 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/13/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Account *******9970

| | Balance Forward | | 0.00 | | 3,866.57 |
|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | 5 Checks | |
| 0 | Interest Postings | | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | |
| 0 | Adjustments In | | 0.00 | | |
| 1 | Transfers In | | 3,866.57 | | |
| | Total | $ | 3,866.57 | Total | $ 3,866.57 |

Report Totals

| | Balance Forward | | 0.00 | | 7,610.17 |
|---|---|---|---|---|---|
| 3 | Deposits | | 7,482.20 | 15 Checks | |
| 59 | Interest Postings | | 127.97 | 0 Adjustments Out | 0.00 |
| | | | | 1 Transfers Out | 3,866.57 |
| | Subtotal | $ | 7,610.17 | | |
| 0 | Adjustments In | | 0.00 | | |
| 1 | Transfers In | | 3,866.57 | Total | $ 11,476.74 |
| | Total | $ | 11,476.74 | Net Total Balance | $ 0.00 |

Trustee's Signature: _____/s/ GINA B. KROL_____ Date: 04/13/10
GINA B. KROL